Hon. Franklin D. Burgess
September 15, 2005
WITHOUT ORAL ARGUMENT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JACLYN A. FISHER; STEPHANIE GRAVES; HEATHER HUFF; CHERYL KOMENDA; JOSETTE LABREC; JESSICA LOEPP; ANN MARKHAM-SIMMONS; BRENDA MATSON, CAROL McNITT; MOHAMED KHOCHTALI; IRENE MENDOZA; MIKKI PERSON; MICHELLE STRAWN; ANNETTE VANSCHOYCK; JENNIFER ANDERSON; MAYRA BACKAN; LEAH BRACKEN; DANIELLE CARTER; CHARLOTTE CHAPMAN; CHALISE CROWDER; MONICA FIERRO; JENNIFER HARDIN; REBECCA JOHNSON; SHANNON KENYON; JENNIFER KOGOD, STEPHANIE LEATHAM; NADINE MANUEL; KERRI McCLOUD; DONNA MUEHL; DAWN NEPSUND; NICOLE PETERSON; NATALIE REED; BEVERLY RICHESON; DAWN SANCHEZ; JAMIE LYN SCHULER; CATRINA STEWART; CHRISTINE VANDERHOFF; LATOYA WADE; CRISTIN WEST; LEMICUA WILSON; MYRIAM ZAYAS; and JANE or JOHN DOES 1-30,,

      Plaintiff,

  v.

CORINTHIAN COLLEGES, INC., a Washington corporation, d/b/a BRYMAN COLLEGE, TACOMA CAMPUS,

Defendant.

NO. C05-5412FDB

STIPULATED ORDER OF DISMISSAL AND AGREEMENT TO ARBITRATE

**NOTE ON MOTION CALENDAR:**
**September 15, 2005**

STIPULATED ORDER OF DISMISSAL AND AGREEMENT TO ARBITRATE - 1
(C05-5412FDB)

1741664.1

Williams, Kastner & Gibbs PLLC
1301 A Street, Suite 900
Tacoma, Washington 98402-4200
(253) 593-5620 (Tacoma)
(206) 628-2420 (Seattle)

## I. STIPULATION

COME NOW Plaintiffs and Defendant, through their undersigned counsel of record, and hereby stipulate that:

1. The claims of Jennifer Anderson and Christine Vanderhoff are subject to arbitration;

2. The Court should dismiss the claims of plaintiffs Anderson and Vanderhoff; and

3. The Parties agree that these claims will be submitted to arbitration.

RESPECTFULLY SUBMITTED this ___ day of September, 2005.

By_____
   Nigel Malden, WSBA #15643
Attorneys for Plaintiffs
Davies Pearson, PC
920 Fawcett
Tacoma, WA  98401
Telephone:  (253) 620-1500
Fax:  (253) 572-3052
E-mail: nmalden@dpearson.com

By s/Randy J. Aliment_____
   Randy J. Aliment, WSBA #11440
   Lisa C. Williams, WSBA #35446
Attorneys for the School
Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA  98101-2380
Telephone:  (206) 628-6600
Fax:  (206) 628-6611
E-mail: raliment@wkg.com
E-mail: lwilliams@wkg.com

## II. ORDER

THIS MATTER having come before the Court on the foregoing Stipulation of the Parties, and the Court finding good cause, now, therefore, it is hereby ORDERED as follows:

Plaintiff Jennifer Anderson's claims in this action are dismissed pursuant to the terms of the arbitration provisions contained in her written enrollment agreement.  Plaintiff Christine Vanderhoff's claims in this action are dismissed pursuant to the terms of the arbitration provisions contained in her written enrollment agreement.

STIPULATED ORDER OF DISMISSAL AND AGREEMENT TO
ARBITRATE - 2
(C05-5412FDB)

**Williams, Kastner & Gibbs PLLC**
1301 A Street, Suite 900
Tacoma, Washington 98402-4200
(253) 593-5620 (Tacoma)
(206) 628-2420 (Seattle)

1741664.1

The Parties will submit the claims of plaintiffs Anderson and Vanderhoff to arbitration consistent with this Order.

DONE this 15th day of September 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

By_____
   Nigel Malden, WSBA #15643
Attorneys for Plaintiffs
Davies Pearson, PC
920 Fawcett
Tacoma, WA  98401
Telephone:  (253) 620-1500
Fax:  (253) 572-3052
E-mail: nmalden@dpearson.com

s/Randy J. Aliment
Randy J. Aliment, WSBA #11440
Lisa C. Williams, WSBA #35446
Attorneys for the School
Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA  98101-2380
Telephone:  (206) 628-6600
Fax:  (206) 628-6611
E-mail: raliment@wkg.com
E-mail: lwilliams@wkg.com

STIPULATED ORDER OF DISMISSAL AND AGREEMENT TO ARBITRATE - 3
(C05-5412FDB)

**Williams, Kastner & Gibbs PLLC**
1301 A Street, Suite 900
Tacoma, Washington 98402-4200
(253) 593-5620 (Tacoma)
(206) 628-2420 (Seattle)

1741664.1

CERTIFICATE OF SERVICE

I hereby certify that on September __, 2005 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Nigel Malden
>Davies Pearson PC
>
>Randy J. Aliment
>Lisa C. Williams
>Williams, Kastner & Gibbs PLLC

>>s/Randy J. Aliment
>>Randy J. Aliment, WSBA #11440
>>Lisa C. Williams, WSBA #35446
>>Attorneys for the School
>>Williams, Kastner & Gibbs PLLC
>>601 Union Street, Suite 4100
>>Seattle, WA  98101-2380
>>Telephone:  (206) 628-6600
>>Fax:  (206) 628-6611
>>E-mail: raliment@wkg.com
>>E-mail: lwilliams@wkg.com

STIPULATED ORDER OF DISMISSAL AND AGREEMENT TO ARBITRATE - 4
(C05-5412FDB)

**Williams, Kastner & Gibbs PLLC**
1301 A Street, Suite 900
Tacoma, Washington 98402-4200
(253) 593-5620 (Tacoma)
(206) 628-2420 (Seattle)

1741664.1