Hon. Franklin D. Burgess
September 15, 2005
WITHOUT ORAL ARGUMENT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JACLYN A. FISHER; STEPHANIE GRAVES; HEATHER HUFF; CHERYL KOMENDA; JOSETTE LABREC; JESSICA LOEPP; ANN MARKHAM-SIMMONS; BRENDA MATSON, CAROL McNITT; MOHAMED KHOCHTALI; IRENE MENDOZA; MIKKI PERSON; MICHELLE STRAWN; ANNETTE VANSCHOYCK; JENNIFER ANDERSON; MAYRA BACKAN; LEAH BRACKEN; DANIELLE CARTER; CHARLOTTE CHAPMAN; CHALISE CROWDER; MONICA FIERRO; JENNIFER HARDIN; REBECCA JOHNSON; SHANNON KENYON; JENNIFER KOGOD, STEPHANIE LEATHAM; NADINE MANUEL; KERRI McCLOUD; DONNA MUEHL; DAWN NEPSUND; NICOLE PETERSON; NATALIE REED; BEVERLY RICHESON; DAWN SANCHEZ; JAMIE LYN SCHULER; CATRINA STEWART; CHRISTINE VANDERHOFF; LATOYA WADE; CRISTIN WEST; LEMICUA WILSON; MYRIAM ZAYAS; and JANE or JOHN DOES 1-30,, <br><br> Plaintiff, <br><br> v. <br><br> CORINTHIAN COLLEGES, INC., a Washington corporation, d/b/a BRYMAN COLLEGE, TACOMA CAMPUS, <br><br> Defendant. | NO. C05-5412FDB <br><br> STIPULATED ORDER OF DISMISSAL <br><br> **NOTE ON MOTION CALENDAR:** <br> **September 15, 2005** |

STIPULATED ORDER OF DISMISSAL - 1
(C05-5412FDB)

**Williams, Kastner & Gibbs PLLC**
1301 A Street, Suite 900
Tacoma, Washington 98402-4200
(253) 593-5620 (Tacoma)
(206) 628-2420 (Seattle)

1741655.1

## I. STIPULATION

COME NOW Plaintiffs and Defendant, through their undersigned counsel of record, and hereby stipulate that:

1. The claims of Monica Fierro are subject to arbitration;

2. Plaintiff Fierro has filed an arbitration demand with the American Arbitration Association; and

3. As such, the Court should dismiss her claims.

RESPECTFULLY SUBMITTED this ___ day of September, 2005.

By_____
   Nigel Malden, WSBA #15643
Attorneys for Plaintiffs
Davies Pearson, PC
920 Fawcett
Tacoma, WA  98401
Telephone:  (253) 620-1500
Fax:  (253) 572-3052
E-mail: nmalden@dpearson.com

By s/Randy J. Aliment
   Randy J. Aliment, WSBA #11440
   Lisa C. Williams, WSBA #35446
Attorneys for the School
Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA  98101-2380
Telephone:  (206) 628-6600
Fax:  (206) 628-6611
E-mail: raliment@wkg.com
E-mail: lwilliams@wkg.com

## II. ORDER

THIS MATTER having come before the Court on the foregoing Stipulation of the Parties, and the Court finding good cause, now, therefore, it is hereby ORDERED as follows:

Plaintiff Monica Fierro's claims in this action are dismissed pursuant to the terms of the arbitration provisions contained in her written enrollment agreement.

DONE this 15th day of September 2005.

*[signature]*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

STIPULATED ORDER OF DISMISSAL - 2
(C05-5412FDB)

1741655.1

PRESENTED BY:

By_____
   Nigel Malden, WSBA #15643
Attorneys for Plaintiffs
Davies Pearson, PC
920 Fawcett
Tacoma, WA 98401
Telephone: (253) 620-1500
Fax: (253) 572-3052
E-mail: nmalden@dpearson.com

s/Randy J. Aliment_____
Randy J. Aliment, WSBA #11440
Lisa C. Williams, WSBA #35446
Attorneys for the School
Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
E-mail: raliment@wkg.com
E-mail: lwilliams@wkg.com

STIPULATED ORDER OF DISMISSAL - 3
(C05-5412FDB)

**Williams, Kastner & Gibbs PLLC**
1301 A Street, Suite 900
Tacoma, Washington 98402-4200
(253) 593-5620 (Tacoma)
(206) 628-2420 (Seattle)

1741655.1

## CERTIFICATE OF SERVICE

I hereby certify that on September __, 2005 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Nigel Malden
      Davies Pearson PC

      Randy J. Aliment
      Lisa C. Williams
      Williams, Kastner & Gibbs PLLC

      s/Randy J. Aliment
      Randy J. Aliment, WSBA #11440
      Lisa C. Williams, WSBA #35446
      Attorneys for the School
      Williams, Kastner & Gibbs PLLC
      601 Union Street, Suite 4100
      Seattle, WA  98101-2380
      Telephone:  (206) 628-6600
      Fax:  (206) 628-6611
      E-mail: raliment@wkg.com
      E-mail: lwilliams@wkg.com

STIPULATED ORDER OF DISMISSAL - 4
(C05-5412FDB)

**Williams, Kastner & Gibbs PLLC**
1301 A Street, Suite 900
Tacoma, Washington 98402-4200
(253) 593-5620 (Tacoma)
(206) 628-2420 (Seattle)

1741655.1