UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JACLYN A. FISHER, STEPHANIE GRAVES, HEATHER HUFF, CHERYL KOMENDA, JOSETTE LABREC, JESSICA LOEPP, ANN MARKHAM-SIMMONS, BRENDA MATSON, CAROL MCNITT, MOHAMED KHOCHTALI, IRENE MENDOZA, MIKKI PERSON, MICHELLE STRAWN, ANNETTE VANSCHOYCK, JENNIFER ANDERSON, MAYRA BACKAN, LEAH BRACKEN, DANIELLE CARTER, CHARLOTTE CHAPMAN, CHALISE CROWDER, MONICA FIERRO, JENNIFER HARDIN, REBECCA JOHNSON, SHANNON KENYON, JENNIFER KOGOD, STEPHANIE LEATHAM, NADINE MANUEL, KERRI MCCLOUD, DONNA MUEHL, DAWN NEPSUND, NICOLE PETERSON, NATALIE REED, BEVERLY RICHESON, DAWN SANCHEZ, JAMIE LYN SCHULER, CATRINA STEWART, CHRISTINE VANDERHOFF, LATOYA WADE, CRISTIN WEST, LEMICUA WILSON, MYRIAM ZAYAS, and JANE or JOHN DOES 1-30,<br><br>        Plaintiffs,<br><br>    v.<br><br>CORINTHIAN COLLEGES, INC., a Washington corporation, d/b/a BRYMAN COLLEGE, TACOMA CAMPUS,<br><br>        Defendant. | Case No. C05-5412FDB<br><br>ORDER GRANTING CORINTHIAN COLLEGE INC.'S MOTION FOR STAY OF THE ACTION PENDING ARBITRATION and GRANTING CORINTHIAN'S MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY |

Of the forty-one plaintiffs in this case, twenty-one plaintiffs were ordered to arbitration by this Court's order of August 9, 2005. Defendant moves for stay of this matter pending resolution of

ORDER - 1

the issues referred to arbitration. The remaining plaintiffs oppose a stay arguing that Section 3 of the Federal Arbitration Act, which provides for such stay, does not apply to them and that there are no compelling reasons for a stay. Plaintiffs' opposition is without merit.

All the plaintiffs in this action alleges the same facts and assert the same issues against the school. Plaintiffs complain that the School's medical assisting (MA) program from which they graduated is not programmatically accredited and does not allow them to sit for a certification exam. It is appropriate to stay this cause of action because the issues referred to arbitration are the same as those still pending in this case and a stay will preclude parallel proceedings and inconsistent rulings; promote efficiency, as the arbitrations are proceeding on an expedited track; and foster the federal policy favoring arbitration. ACCORDINGLY,

IT IS ORDERED:

1. Motion of Corinthian Colleges, Inc. For A Stay of The Action Pending Arbitration [Dkt. # 26] is GRANTED, and this cause of action is STAYED pending resolution of the issues referred to arbitration.

2. Motion of Corinthian Colleges, Inc. For An Enlargement of Time in which to file a reply [Dkt. # 30] is unopposed and is GRANTED.

DATED this 26th day of September, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2